**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 26-60474-CV-MIDDLEBROOKS/Augustin-Birch

CARLOS MANUEL SANCHEZ-SILVA,

      Petitioner,

v.

MITCHELL DIAZ, et al.,

      Respondents.

_____/

**<u>ORDER ADOPTING REPORT OF MAGISTRATE JUDGE</u>**

THIS CAUSE comes before the Court on Magistrate Judge Augustin-Birch's Report and Recommendations ("Report"), issued on March 12, 2026. (DE 7).  The Report recommends this case be transferred to the Middle District of Florida, Fort Myers Division. (*Id.* at 2). No objections have been filed, and the deadline to do so has passed.

I have conducted a *de novo* review of the Report, applicable law, and the record as a whole. Upon review, I agree with Magistrate Judge Augustin-Birch's conclusion that Mr. Sanchez Silva's Petition case should be transferred. Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Magistrate Judge Augustin-Birch's Report (DE 7) is hereby **ADOPTED**.

(2) The Clerk of Court **SHALL TRANSFER** this case to the United States District Court for the Middle District of Florida, Fort Myers Division and **SHALL CLOSE** this case.

(3) All pending motions **ARE DENIED** as moot.

    **SIGNED** in Chambers in West Palm Beach, Florida, this 29th of April, 2026.

Donald M. Middlebrooks
United States District Judge